UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JOSHUA CASMIR JACKSON,

Plaintiff,

v.                                                    No. 3:26 CV 740

ARAMARK FOOD SERVICE,
FRAZIER, PEOPLES, ENGLISH,
CLARK, MAX, and LEAR,

Defendants.

**OPINION and ORDER**

Joshua Casmir Jackson, a prisoner without a lawyer, filed a complaint and seeks leave to proceed in forma pauperis. (DE ## 1, 2.) A prisoner may not bring a civil action in forma pauperis if he has, "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it [was] frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). This is commonly known as the "three strikes" provision. Jackson is well aware he has "struck out" and may not proceed in forma pauperis unless he is in imminent danger of serious physical injury. *See Jackson v. Russell*, 1:18-cv-2417 (S.D. Ind. filed August 7, 2018), DE # 4; *see also Jackson v. Ind. Dep't. of Corr.*, 1:23-cv-428 (S.D. Ind. filed March 9, 2023), DE # 5; and *Jackson v. Karns*, 1:25-cv-911 (S.D. Ind. filed May 8, 2025), DE # 13.

Jackson is suing Aramark, the prison's food service provider, and six of its employees. He argues he is in imminent danger of serious physical injury because he is exposed "to contaminated water that has high levels of chlorine and iron in the water and sewage from broken pipes in production food kitchen at Westville Correctional Facility." (DE # 3 at ¶ 1.) He is raising the same contaminated water claims in a previously filed case. *See Jackson v. Centurion Health Services*, 3:26-cv-700 (N.D. Ind. filed May 27, 2026). To the extent Jackson might be in imminent danger of serious physical injury because of the water at Westville, there is no basis for allowing him to proceed on the same claim in two lawsuits merely because he consumes water as both a liquid and because it is used during the preparation of his food.

For these reasons, the court:

(1) **DENIES** the imminent danger motion (DE # 3);

(2) **DENIES** the motion to screen the complaint (DE # 6);

(3) **DENIES** Joshua Casmir Jackson, leave to proceed in forma pauperis (DE # 2);

(4) **GRANTS** Joshua Casmir Jackson, until **August 13, 2026**, to pay the $405 filing fee; and

(5) **CAUTIONS** Joshua Casmir Jackson, if he does not respond by the deadline, this case will be dismissed without further notice.

**SO ORDERED.**

Date: July 23, 2026

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT

2